

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-13-00385-CV

**TC & C REAL ESTATE HOLDINGS, INC.,**

Appellant

**v.**

**DANIEL RAY SHERROD AND WENDY SHERROD,**

Appellee

From the 87th District Court
Limestone County, Texas
Trial Court No. 29,970-B

**ORDER**

Appellant's Unopposed Motion for Extension of Time to File Appellant's Motion for Rehearing is granted. Appellant's motion for rehearing is due to be filed in this Court by September 19, 2014.

PER CURIAM

Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins

Motion granted
Order issued and filed September 11, 2014

